02-11-271-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00271-CV

 

 


 
 
 Samelia and Henry Koomson and all occupants of 909
 Meadowdale Rd., Arlington, Texas 76017
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Federal National Mortgage Association
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On December
8, 2011, we notified appellants that their brief had not
been filed as required by Texas Rule of Appellate Procedure 38.6(a).  See Tex.
R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of
prosecution unless appellants or any party desiring to
continue this appeal filed with the court within ten days a response showing
grounds for continuing the appeal.  See Tex. R. App. P. 42.3.  We have
not received any response.

Because
appellants' brief has not been filed, we dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).

Appellants
shall pay all costs of this appeal, for which let execution issue.

 

PER CURIAM

 

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ. 


 

DELIVERED: 
January 12, 2012









[1]See Tex. R. App. P. 47.4.